■ A. J. DESIDERIO, INC., Respondent, v FACILITIES DEVELOPMENT CORP., Formerly HEALTH AND MENTAL HYGIENE FACILITIES IMPROVEMENT CORPORATION, Appellant.—Judgment, Supreme Court, Albany County, entered March 3, 1976, affirmed, without costs, on the decision of Staley, Jr., J., at Special Term. Greenblott, J. P., Kane, Main, Larkin and Mikoll, JJ., concur.